IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**STEVE JAMISON AND LO REN JAMISON**                                          **PLAINTIFFS**

**V.**                                                **CIVIL ACTION NO.: 1:07CV106-SA-JAD**

**UNITED STATES OF AMERICA**                                                  **DEFENDANT**
**upon the relation and for the use of the**
**TENNESSEE VALLEY AUTHORITY**

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant's Motion for Summary Judgment [6] is GRANTED;

(2) the Plaintiffs' claims are dismissed; and

(3) this case is CLOSED.

All memoranda, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 19th day of September 2008.

                                         **/s/ Sharion Aycock**
                                         **U.S. DISTRICT JUDGE**